UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Gillman, Bruton & Capone, LLC
770 Amboy Avenue
Edison, NJ 08837
(732) 661-1664
Attorney for Debtor
By: Justin M. Gillman, Esq.

**Order Filed on June 20, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

    Francis McQuillen

                Debtors

Case No.: 13-25482 CMG

Judge: Hon. Christine M. Gravelle, U.S.B.J.

Chapter: 13

Hearing Date: June 19, 2019

**ORDER TO REOPEN CHAPTER 13 CASE AND TO DISCHARGE AND CANCEL MORTGAGE OF MERIDIAN BANK ON PROPERTY AT 90 DWIGHT ROAD, MIDDLETOWN, NJ 07748, PURSUANT TO 11 U.S.C. §1328(a) and 11 U.S.C. §541(a)**

The relief set forth on the following pages, numbers two (2) through three (3) is

hereby ORDERED.

**DATED: June 20, 2019**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

In re:   Francis McQuillen
Case No.: 13-25482 CMG
Caption of Order: **Order To Re-Open Case, Cancel and Discharge Mortgage of Meridian Bank and Close Case**

**THIS MATTER** having come before the Court on the Debtor's Motion to Re-Open the Chapter 13 case to allow the Debtor to obtain an order to discharge a mortgage held by Meridian Bank on the Debtor's former residence located at 90 Dwight Road, Middletown, New Jersey 07748; and the Court having considered the Debtor's Motion and any opposition thereto, and good and sufficient cause appearing there from for the entry of this order,

**IT IS HEREBY ORDERED AS FOLLOWS:**

1.     THAT the Chapter 13 case is re-opened for the limited purpose of the entry of this Order.

2.     The debtor's motion is granted, and the Mortgage or Lien referenced below is hereby cancelled, voided, and/or discharged of record and a certified or exemplified copy of this Order shall be recorded by the Clerk or Register of Deeds with whom the original mortgage or lien was recorded.

Description of Real Property: 90 Dwight Road, Middletown, New Jersey 07748, located at Block No. 894, Lot 16, in the Township of Middletown, County of Monmouth, State of New Jersey

Description of Mortgage/Judgment Lien:

    a. Original Mortgagee/Lienholder:   MERS as nominee for Arlington Capital Mortgage Corp.
    b. Current Assignee:   Meridian Bank
    c. Current Servicer:   Meridian Bank
    d. Date of Mortgage/Lien: June 29, 2007
    e. Date of Recordation: July 6, 2007
    f. Place of Recordation: Monmouth County Clerk, New Jersey
        i. Mortgage Book: Mortgage Book OR-8663
        ii. Page: 621
    g. Original Principal Balance of Mortgage/Lien: $59,900.00

In re:   Francis McQuillen
Case No.: 13-25482 CMG
Caption of Order: **Order To Re-Open Case, Cancel and Discharge Mortgage of Meridian Bank and Close Case**

      3.    THAT the case be and hereby is CLOSED.

**NOTE TO RECORDING OFFICER: THIS ORDER MUST BE CERTIFIED BY THE BANKRUPTCY COURT WITH THE APPROPRIATE SEAL BEFORE IT MAY BE RECORDED**

United States Bankruptcy Court
District of New Jersey

In re:  
Francis McQuillen  
    Debtor

Case No. 13-25482-CMG  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 21, 2019  
                Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2019.  
db          #+Francis McQuillen,    90 Dwight Road,    Middletown, NJ 07748-3120

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                             TOTAL: 0

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2019                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 21, 2019 at the address(es) listed below:  
       Albert   Russo     on behalf of Trustee Albert   Russo docs@russotrustee.com  
       Albert   Russo     docs@russotrustee.com  
       Denise E. Carlon     on behalf of Creditor    NATIONSTAR MORTGAGE LLC dcarlon@kmllawgroup.com,  
        bkgroup@kmllawgroup.com  
       Justin M Gillman     on behalf of Debtor Francis   McQuillen abgillman@optonline.net,  
        5326@notices.nextchapterbk.com,e4eaf5f23@maildrop.clio.com  
       Rebecca Ann Solarz     on behalf of Creditor    NATIONSTAR MORTGAGE LLC rsolarz@kmllawgroup.com  
                                                                                                TOTAL: 5